# United States District Court

------------------------------DISTRICT of MARYLAND------------------------------

**UNITED STATES OF AMERICA**　　　　　　**CRIMINAL COMPLAINT**

v.

**ANTONIO DAVIS**　　　　　　　　　　　　CASE NO: 08 - 2541 M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about 10 July 2008, at Andrews Air Force Base, Maryland, in the District of Maryland, defendant did, within the special territorial jurisdiction of the United States in the State and District of Maryland, embezzle, steal, purloin, and knowingly convert to his own use, or the use of another, assorted merchandise and money of the United States, to wit: three (3) Guess watches and three (3) Fossil watches, of a total value of less than $1,000.00, and belonging to the Army and Air Force Exchange Services (AAFES), an agency of the United States, in violation of Title 18 United States Code, Section 641.

Further, on or about 10 July 2008 at Andrews Air Force Base, Maryland, in the District of Maryland, within the special territorial jurisdiction of the United States in the State and District of Maryland, defendant did assault Rosemarie Leung, in violation of Title 18 United States Code, Section 113.

I further state that I am an Andrews AFB Police Officer and that this complaint is based on the following facts: I reviewed the Andrews AFB police report, Incident and DD Forms 1805 contained there.

Continued on the attached sheet and made a part hereof:　X Yes　　No

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Signature of Complainant
　　　　　　　　　　　　　　　　　　　　　　Matthew C. Moxley

Sworn to before me and subscribed in my presence,

_____　　　　　　　　**Andrews Air Force Base, Maryland**
Date　　　　　　　　　　　　At　　　　　　　City and State

**CHARLES B. DAY, UNITED STATES MAGISTRATE JUDGE**　_____
Name & Title of Judicial Officer　　　　　　　　　　　　　Signature of Judicial Officer

Page 1 of 4 min